UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ELLIOTT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESB FINANCIAL, INC., HERBERT S. SKUBA, CHARLOTTE A. ZUSCHLAG, JAMES P. WETZEL, JR., MARIO J. MANNA, WILLIAM B. SALSGIVER AND WESBANCO, INC.,<br><br>Defendants. | Case No.: 2:14-cv-01689-MRH<br><br><br><br><br><br><br><br><br><br><br><br>*Electronically Filed* |

**[PROPOSED] ORDER GRANTING MOTION FOR AN ORDER EXCEEDING APPLICABLE PAGE LIMITATION**

This matter comes before the Court on Plaintiff's Motion for Leave to Exceed Page Limits in his Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement.

Upon considering the foregoing Motion, and good cause appearing, IT IS HEREBY ORDERED that:

Plaintiff's Motion is GRANTED.

Dated: 8-7-15

_____
Hon. Mark R. Hornak
United States District Judge