**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES ELLIOTT, on behalf of himself and all others similarly situated, | ) ) ) **Case No.: 2:14-cv-01689-MRH** |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| ESB FINANCIAL, INC., HERBERT S. SKUBA, CHARLOTTE A. ZUSCHLAG, JAMES P. WETZEL, JR., MARIO J. MANNA, WILLIAM B. SALSGIVER AND WESBANCO, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT**

Plaintiff hereby moves this Court for an Order that finally approves of the Settlement.  In support of this Motion, Plaintiffs submit herewith a Memorandum of Law and the Declaration of Marc L. Ackerman ("Ackerman Decl.").[1]

Dated: August 7, 2015

LAW OFFICE OF ALFRED G. YATES, JR.

/s/ Gerald L. Rutledge
Alfred G. Yates, Jr. (PA 17419)
Gerald L. Rutledge (PA 62027)
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
(412) 391-5164
(412) 471-1033 (fax)
yateslaw@aol.com

OF COUNSEL:

BRODSKY & SMITH, LLC
Evan J. Smith
Marc L. Ackerman
Two Bala Plaza, Suite 510
Bala Cynwyd, PA 19004
(610) 667-6200

*Attorneys for Plaintiff James Elliott*

---

[1] All capitalized terms, unless otherwise defined herein, shall have the meaning set forth in the Stipulation and Agreement of Compromise and Settlement, dated April 28, 2015 which is attached as Exhibit 1 to the Ackerman Decl.

1