IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ELLIOTT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESB FINANCIAL, INC., HERBERT S. SKUBA, CHARLOTTE A. ZUSCHLAG, JAMES P. WETZEL, JR., MARIO J. MANNA, WILLIAM B. SALSGIVER AND WESBANCO, INC.,<br><br>Defendants. | Case No.: 2:14-cv-01689-MRH |

## AFFIDAVIT OF GAIL M. RITTER

I, Gail M. Ritter, do hereby swear, affirm and attest as follows:

1. I am employed as a paralegal with Babst, Calland, Clements and Zomnir, P.C. I have assisted Mark D. Shepard, Esquire, in this shareholder class and derivative action on behalf of Defendants ESB Financial, Inc. ("ESB"), Herbert S. Skuba, Charlotte A. Zuschlag, James P. Wetzel, Jr., Mario J. Manna, William B. Salsgiver and Wesbanco, Inc.

2. Under Mr. Shepard's direction, I obtained a list from ESB of those shareholders who satisfy the Class definition ("Class") in this case. The Class consists of all persons or entities holding ESB common stock at any time between October 29, 2014 and February 10, 2015, the date of the consummation of the merger transaction. The list contained mailing addresses for the actual and/or beneficial holders of ESB stock within the Class definition.

3. I was responsible for administering the *NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED CLASS ACTION DETERMINATION, PROPOSED SETTLEMENT OF*

1

*CLASS ACTION, SETTLEMENT HEARING, AND RIGHT TO APPEAR* ("Notice") to all Class members pursuant to the Honorable Mark R. Hornak's July 2, 2015 Order.

4. A Notice was mailed to each Class member at the last known address appearing on the list provided by ESB.

5. The Notices were mailed via United States first class mail on July 20, 21 and 22, 2015. Twenty-three (23) Notices were inadvertently excluded from the initial mailing, and were mailed via United States first class mail on July 29, 2015 the same day the oversight was discovered.

6. On July 13, 2015 I received a request via email from Michael Angelo D. Bunagan of Institutional Shareholder Services (ISS) for an electronic copy of the Notice. Pursuant to this request, I emailed the Notice to him on July 14, 2015.

7. On July 22, 2015, I received an email from Karan Naresh of Goldman Sachs Services Pvt. Ltd. requesting that I forward fifty (50) hard copies of the Notice to Neil Phillip at Goldman, Sachs & Co. in New York, NY. Pursuant to this request, I sent 50 copies of the Notice via Federal Express overnight delivery to Mr. Phillip on July 22, 2015.

8. On, July 30, 2015, I received a request via email from Cynthia Brown of First Clearing, an affiliate of Wells Fargo, for an electronic copy of the Notice. Pursuant to this request, I emailed the Notice to her the same day.

9. On August 4, 2015, I received an email from Janice Gude of TD Ameritrade forwarding a spreadsheet that listed the names and addresses of two-hundred fifty (250) Class members. Ms. Gude requested that a copy of the Notice be mailed to each Class member. She provided the password to access the names on the spreadsheet on August 5, 2015. The Notices were mailed via Unites States first class mail on August 7, 2015.

10. On August 10, 2015, I received a phone call from John Spurway of Fidelity Investments requesting that I forward a copy of the Notice to each Class member named on a spreadsheet that he subsequently emailed to me on August 11, 2015. Pursuant to this request, a copy of the Notice was mailed to each Class member via United States first class mail on August 13, 2015.

11. On August 14, 2015, I received an email from Jane Flood of UBS forwarding a spreadsheet that listed the names and addresses of fifty-one (51) Class members. Ms. Flood requested that I mail a copy of the Notice to each Class member. Accordingly, I mailed a copy of the Notice to those Class members via United States first class mail on August 17, 2015.

12. As of September 4, 2015, thirty-one (31) Notices were returned to me with a postal note that they were not deliverable as addressed. I performed online searches to attempt to find current addresses for those Class members. I attempted to resend the Notices via United States first class mail within one business day of receiving the returned Notices. I was unable to locate current addresses for eight (8) Class members.

13. Notices mailed to three (3) Class members were returned with an indication that those individuals are now deceased.

14. The Notice has been forwarded to all Class members entitled to receive the Notice.

15. ESB has paid all costs of the required Notice.

16. The Notice requirements established by this Court in its Order for Notice and Scheduling of Hearing on Settlement dated July 2, 2015 ("Notice Order") have been satisfied.

17. This Affidavit is submitted in compliance with Paragraph 7 of the Notice Order.

                                                 _____
                                                 Gail M. Ritter

SWORN TO AND SUBSCRIBED
Before me this 4th day of
September, 2015.

_____
Notary Public

My Commission Expires:    **COMMONWEALTH OF PENNSYLVANIA**
                                             NOTARIAL SEAL
                                           Tracy M. Plassio, Notary Public
                                         City of Pittsburgh, Allegheny County
                                         My Commission Expires March 27, 2018
                                    MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **AFFIDAVIT OF GAIL M. RITTER** has been served upon Plaintiff this 4th day of September 2015, by email as follows:

Marc L. Ackerman, Esquire
BRODSKY & SMITH, LLC
Two Bala Plaza, Suite 510
Bala Cynwyd, PA  19004
Email: mackerman@brodsky-smith.com

Alfred G. Yates, Jr., Esq.
Gerald L. Rutledge, Esq.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Email: *yateslaw@aol.com*

/s/ Mark D. Shepard
Mark D. Shepard, Esquire